United States District Court
Southern District of Texas

**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| RAKHMONALI A., <br>    "Petitioner," <br><br> v. <br><br> MARKWAYNE MULLIN, *et. al.*, *in their* <br> *official capacities,* <br>    "Respondents." | § <br> § <br> § <br> §     Civil Action No. 1:25-cv-00357 <br> § <br> § <br> § <br> § |

## ORDER

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Emergency Injunctive Relief" (Dkt. No. 1) ("Petition"), Respondents' "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 11) ("MSJ"), and the Magistrate Judge's "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 14) ("R&R"). The R&R recommends that the Court (1) deny the Petition (Dkt. No. 1), (2) deny the MSJ (Dkt. No. 11) as moot, and (3) direct the Clerk of Court to close the case. Dkt. No. 14 at 2.

Objections to the R&R were due May 22, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 14) is **ADOPTED**. The Petition (Dkt. No. 1) is **DENIED** and the MSJ (Dkt. No. 11) is **DENIED** as moot. The Clerk of the Court is hereby **ORDERED** to close this case.

   SIGNED this June 25, 2026

 

Rolando Olvera
United States District Judge